

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 0 7 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Donald Ragland

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County

Jail And SHERIFF

Tom Darts

_____

_____

(Enter above the full name of ALL
defendants in this action. **Do not**
**use "et al."**)

15cv173
Judge Sara L. Ellis
Magistrate Jeffrey Cole
PC 1

Case _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   **U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
   **28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Donald Ragland

   B. List all aliases: _____

   C. Prisoner identification number: H55918

   D. Place of present confinement: STATE Ville Correctional

   E. Address: Joliet IL, 60434

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: TOM DARTS

      Title: Dicter

      Place of Employment: Cook County

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Donald Ragland vs. Lansing Police Department, City of Lansing 14-cv-04584

B. Approximate date of filing lawsuit: August 7, 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Same as Above

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): US District Court

F. Name of judge to whom case was assigned: MARY M. ROWLAND-MAG'STARE JUDGE Robert M Dow JR.

G. Basic claim made: Racial Profiling, Illegal search/seizure Sexual Assult, Trumpt up Chares

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

To whom it May Concern, And June, 2014 I Donald Ragland Complain to nurse's and DR Andrew DeFunick, About the oxgen am taking throw tract and my neck. That the oxgen was drying My out My neck Causing the hole and my neck to close and Severe pain. DR. Andrew DeFunick stated he will place a order for humidfier and pain med's for my neck. Do to fact I Donald Ragland never received a humidifier on 11-23-14. I Donald Ragland went to my room to clean tract and I pulled it out tract it begin to bleed and tract wouldn't go back end. Do to heat and dryness, it close and oxgen it close. I told nurse I Donald Ragland was rush to ER and Sent to Stroger Hospital were, DR reopen my neck and place tract back end. And I Donald Ragland was sent back to County Jail same day and pain, Because DR. never order any pain meds for me. Due to the

fact one week later, on Dec 1, 2014 10:00 Am, The painter's Came too DIV 8-3W -32-131 And when they come, we were told to leave the room, because they were about to paint. A hour later, we were told to lock up. And I Donald Ragland is on oxgen here at C.C.J one hour after, we lock up. I couldn't breath I Donald Ragland had Shortness of breathe, Vomiting and dizziness. And I was delusional. What I didn't understand that the painter's had on a mask, Why was'nt I giving a mask. This is Cruelty to punishment Neglect of Medical Under the 6th, 8th, & 14th Amendment's. The C.C.J gave the order to paint. And I Donald Ragland was unprotected, on All 3, shift's Willing knew of the paint ~~of~~ order. This is Why it's Casualty to injury Cause body-harm from being unprotected. The next day I was still vomiting and sick. So nurse's told DR Andrew DeFunick he stated mr. Ragland what going on. I told DR DeFunick I was sick from fumes because, I was and <u>painted room</u> all night. ~~And just~~ And I ~~just~~ was just ~~vomiting~~ vomiting So DR Funick sent I Donald Ragland down stairs to ER for a IV and body fluid's for vomiting to hour's later I Donald Ragland was sent back to same painted room.

5

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Do To my suffering to sustain damage, I would Like, IF I could be Compensated. Due to C.C.J Order to Paint, But didn't Protect Donald Ragland from Fumes and IRritation's gases and Viper.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 26 day of Dec, 20 14

_____
Donald Ragland
(Signature of plaintiff or plaintiffs)

Donald Ragland
(Print name)

K 55 918
(I.D. Number)

12231 S. Loomis
Chicago, IL 60643
(Address)

Revised 9/2007